Judgment affirmed.

*Watson & Pasco,* for Plaintiff in Error;

*Blount & Blount & Carter,* for Defendant in Error.

---

Thornton B. Stringfellow, Appellant, v. Emma J. Rice, Appellee.

Filed February 15, 1916.

Appeal from Circuit Court, Alachua County; James T. Wills, Judge.

Decree affirmed.

*W. S. Broome,* for Appellant;

*Hampton & Hampton,* for Appellee.

---

P. Henderson, Appellant, v. Katie Henderson, Appellee.

Filed February 15, 1916.

Appeal from Circuit Court, Taylor County; M. F. Horne, Judge.

Order affirmed.

*Davis & Diamond,* for Appellant;

*W. T. Hendry,* for Appellee.